AP-77,024
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/30/2015 5:26:45 PM
Accepted 3/31/2015 9:07:05 AM
ABEL ACOSTA
CLERK

# M. ARIEL PAYAN
## ATTORNEY AT LAW

March 30, 2015

FILED IN
COURT OF CRIMINAL APPEALS

Court of Criminal Appeals
Attn: The Honorable Abel Acosta, Clerk
P.O. Box 12308 Capitol Station
Austin, Texas 78711

March 31, 2015

ABEL ACOSTA, CLERK

Re:    Albert Love AP-77,024

Dear Mr. Acosta

I will be available for argument in this case on April 15, 2015 at 9:00 am.

Time permitting Appellant would argue points of error three, four and six.

Sincerely,

/s/ Ariel Payan

Ariel Payan
Attorney for Albert Love

CC:    Sterling Harmon, McLennan County District Attorney